

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00133-CR

| | | |
|---|---|---|
| KEDARIUS KENTRELL JEFFERSON, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1465463D) |
| v. | § | March 30, 2023 |
| | § | Per Curiam Memorandum Opinion |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment adjudicating guilt is reformed to reflect that Kedarius Kentrell Jefferson pleaded "not true" to the State's allegations. This court also deletes the $839 fine from the judgment, deletes the premature $25 time-payment fee and $45 "CVCF" fee listed in the judgment and bill of costs, and reforms the reparations amount listed in the judgment and order to withdraw to delete the unsupported $240 pretrial-supervision amount and to reflect

the new reparations amount of $2,888.  It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM